UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT SARNELLE,**

      **Plaintiff,**

v.                                  **Case No:  6:15-cv-1644-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on October 2, 2015, seeking judicial review under 42 U.S.C. § 405(g) of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's applications for Social Security Disability and Disability Insurance benefits. United States Magistrate Judge Daniel C. Irick filed a Report and Recommendation (Doc. 19) on November 8, 2016, recommending that the Commissioner's final decision be affirmed.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2016.



Copies furnished to:

Counsel of Record